UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD BANKS,

    Plaintiff(s),                            CASE NO. 07-12821
v.                                            HONORABLE AVERN COHN

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant(s).
_____/

**ORDER FINDING MOTION FOR RELIEF FROM JUDGMENT AS MOOT**

On January 24, 2011, March 02, 2011, August 09, 2011 and November 22, 2011 the Court denied plaintiff's Motions for Relief from Judgment. On December 22, 2011 and January 03, 2012 plaintiff filed two additional Motions for Relief from Judgment which were found moot as being duplicative. Plaintiff has filed yet another motion on January 20, 2012 seeking the same relief that has been previously denied or found as moot. Therefore,

IT IS ORDERED that the motion is MOOT. The Court finds that the motion is duplicative of the six previously filed motions.

SO ORDERED.

Dated: January 26, 2012          s/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Ronald Banks, 225311, Pugsley Correctional Facility, 7401 East Walton Road, Kingsley, MI 49649 and counsel of record on this date, January 26, 2012, by electronic and/or ordinary mail.

                                             s/Julie Owens
                                             Case Manager, (313) 234-5160